NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JIMMY DEAN BALDWIN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7147

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-4306, Judge Kenneth B. Kramer.

---

ON MOTION

---

ORDER

Jimmy Dean Baldwin moves for the court to order the United States Board of Veterans' Appeals "to proceed with litigation." The Secretary of Veterans Affairs opposes.

On April 25, 2011, this court granted the Secretary's motion to dismiss this appeal for lack of jurisdiction.

Baldwin does not have an appeal currently pending before this court.

Accordingly,

IT IS ORDERED THAT:

The motion is denied as moot.

FOR THE COURT

AUG 2 6 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jimmy Dean Baldwin
    Richard P. Schroeder, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 6 2011

JAN HORBALY
CLERK